UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JANICE GALE SILVA,<br><br>        Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>        Defendant. | CASE NO. C08-5487 FDB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AFFIRMING COMMISSIONER |

    The Magistrate Judge recommends that the Court should conclude that Daniel Berry was properly denied social security benefits because application of the proper legal standard and substantial evidence support the Administrative Law Judge's (ALJ) finding that Plaintiff is not disabled. Plaintiff has not filed objections to the Report and Recommendation.

    The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    The administrative decision is AFFIRMED; and

    (3)    The Clerk is directed to send copies of this Order to Plaintiff'' counsel, Defendant's counsel and Magistrate Judge Karen L. Strombom.

    DATED this 16th day of June, 2009.

                                      FRANKLIN D. BURGESS
                                      UNITED STATES DISTRICT JUDGE

ORDER
Page - 1