# United States District Court

WESTERN DISTRICT OF WASHINGTON

JANICE GALE SILVA,
    PLAINTIFF,

AMENDED JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    DEFENDANTS

CASE NUMBER: C08-5487FDB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation;

The Administration Decision is AFFIRMED.

June 19, 2009

BRUCE RIFKIN
Clerk

/s/ Pat LeFrois
_____
Deputy Clerk